*Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Anthony ARMSTRONG, Respondent.**

Supreme Court of Pennsylvania.

Jan. 8, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of January, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Does 42 Pa.C.S.A. Section 9714(a)(2) require prior sentencing as a second strike offender to invoke the third-strike sentencing provision?

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Ricardo CRUZ, Respondent.**

Supreme Court of Pennsylvania.

Jan. 16, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of January 2014, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **REVERSED** pursuant to *Commonwealth v. Cunningham,* —— Pa. ——, 81 A.3d 1, 2013 WL 5814388 (2013), (holding that the U.S. Supreme Court's ban on sentencing schemes that impose a mandatory life sentence without the possibility of parole for juveniles in *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012) does not apply retroactively).

Justice EAKIN did not participate in the consideration or decision of this matter.